

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 14, 2022

**BY EMAIL**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

  Re: *United States v. Mark Richard Brown*, **22 Cr. 39 (PMH)**

Dear Judge Davison:

  The Government writes to respectfully request that the Court unseal the Complaint, 21 Mag. 9797, Indictment, and related arrest warrants for Defendant Mark Richard Brown in the captioned case, as the Defendant has been arrested.

So Ordered 4/14/22

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Benjamin Klein
Assistant United States Attorney
(914) 993-1908