March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

MARK RICHARD BROWN,
               Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

22-CR00039 (PMH)

Defendant <u>Mark Richard Brown</u> hereby voluntarily consents to participate in the following proceeding via teleconferencing:

\_\_\_    Initial Appearance/Appointment of Counsel

\_\_\_    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_    Preliminary Hearing on Felony Complaint

\_\_\_    Bail/Revocation/Detention Hearing

_X_    Status and/or Scheduling Conference—Initial Appearance

\_\_\_    Misdemeanor Plea/Trial/Sentence


/s/ Mark Richard Brown
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Mark Richard Brown
Print Defendant's Name

Defense Counsel's Signature

Elizabeth K. Quinn
Print Defense Counsel's Name

This proceeding was conducted by AT&T teleconferencing technology.

5/4/22
Date

U.S. District Judge/U.S. Magistrate Judge