March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

           -v-

Mark Brown,

                  Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

22 -CR- 39   ( )( )

Defendant _____Mark Brown_____ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence


_/s/ Mark Brown by Peter Katz, on his behalf and with his consent_____
_____ Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

___Mark Brown_____
Print Defendant's Name

This proceeding was conducted by AT&T teleconferencing technology.

_____
Defense Counsel's Signature

Peter Katz_____
Print Defense Counsel's Name

_____
U.S. District Judge/U.S. Magistrate Judge

Date August 4, 2022