UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

**Mark Richard Brown,**
          Defendant.

------------------------------------------------------------x

**SCHEDULING ORDER**

7-22-cr-00039- (PMH)

The Court has scheduled a Change of Plea Hearing on December 15, 2022 at 9:30 a.m. in Courtroom 520 at the White Plains Courthouse.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: November 9, 2022

SO ORDERED:

_____
Philip M. Halpern, U.S.D.J