

June 21, 2023

Hon. Philip M. Halpern
United State District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re: <u>United States v. Mark Richard Brown</u>, 22 Cr. 39-001(PMH)

Dear Judge Halpern:

I represent Mark Brown in the above-captioned matter currently set for sentencing on July 6, 2023 at 2:30pm before Your Honor. I write to respectfully request, with the consent of the government, for an adjournment of the sentencing because we are waiting to receive certain materials related to our sentencing submission. We anticipate that we need approximately 2-3 weeks to make our submission, as such, we request that sentencing be adjourned for approximately one month.

Thank you for your attention to this matter.

Sincerely,

Peter Katz, Esq.

Application granted. The sentencing scheduled for July 6, 2023 is adjourned to November 27, 2023 at 2:30 p.m. in Courtroom 520. The deadline for Defendant's submission is November 6, 2023. Government's response is due by November 13, 2023.

The Government is directed to file a proposed Speedy Trial Act exclusion order for the Court's consideration.

The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 38.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       June 21, 2023

1