UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

MARK BROWN,

                Defendant.
------------------------------------------------------------x

**RESCHEDULING ORDER**

7:22-cr-00039-PMH

Sentencing in this matter currently scheduled for November 27, 2023 at 2:30 p.m. is rescheduled to April 18, 2024 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse.

Defendant's submission is due by March 28, 2024. Government's submission is due by April 4, 2024.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       November 6, 2023

_____
Philip M. Halpern
United States District Judge