UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                               :
UNITED STATES OF AMERICA                       :
                                               :   CONSENT PRELIMINARY ORDER
            - v. -                             :   OF FORFEITURE/
                                               :   MONEY JUDGMENT
MARK RICHARD BROWN,                            :
                                               :   S1 22 Cr. 39 (PMH)
            Defendant.                         :
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about January 31, 2023, MARK RICHARD BROWN (the "Defendant"), was charged in a fifteen-count Superseding Information, S1 22 Cr. 39 (PMH) (the "Information"), with fourteen counts of false, fictitious or fraudulent claims, in violation of Title 18, United States Code, Section 287 (Counts One through Fourteen); and theft of government money, property, or records, in violation of Title 18, United States Code, Section 641 (Count Fifteen);

        WHEREAS, the Information included a forfeiture allegation as to Count Fifteen of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of property including but not limited to a sum of money in United States currency representing the proceeds traceable to the commission of the offense charged in Count Fifteen of the Information;

        WHEREAS, on or about February 1, 2023, the Defendant pled guilty to Count Fifteen of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count Fifteen of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), a sum of money equal to

$136,672.75 in United States currency, representing proceeds traceable to the commission of the offense charged in Count Fifteen of the Information;

WHEREAS, the Government asserts that $136,672.75 in United States currency represents the amount of proceeds traceable to the commission of the offense charged in Count Fifteen of the Information that the Defendant personally obtained;

WHEREAS, the Government seeks a money judgment in the amount of $136,672.75 in United States currency, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), representing the proceeds traceable to the commission of the offense charged in Count Fifteen of the Information that the Defendant personally obtained; and

WHEREAS, the Court finds that as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count Fifteen of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney Benjamin Klein, of counsel, and the Defendant and his counsel, Elizabeth Quinn, Esq., that:

1. As a result of the offense charged in Count Fifteen of the Information, to which the Defendant pled guilty, a money judgment in the amount of $136,672.75 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count Fifteen of the Information that the Defendant personally obtained, shall be entered against the Defendant.

    2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant MARK RICHARD BROWN, shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

    3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

    4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

    5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

    6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

    7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____/s/ BK_____     April 4, 2024
    BENJAMIN KLEIN                          DATE
    Assistant United States Attorneys
    50 Main Street
    White Plains, NY 10606
    (914) 993-1908


MARK RICHARD BROWN

By: _____Mark Brown_____     4/18/24
    MARK RICHARD BROWN                     DATE

By: _____/s/ Elizabeth Quinn_____     4/18/24
    ELIZABETH QUINN, ESQ.                  DATE
    Attorney for Defendant
    Federal Defenders of New York, Inc
    81 Main Street, Suite 300
    White Plains, NY 10601


SO ORDERED:

_____/s/ Philip M. Halpern_____       4/18/24
HONORABLE PHILIP M. HALPERN                 DATE
UNITED STATES DISTRICT JUDGE